1 | KAREN P. HEWITT
United States Attorney
2 | TOM STAHL
Assistant U.S. Attorney
3 | Chief, Civil Division
California State Bar No. 078291
4 | Office of the U.S. Attorney
880 Front Street, Room 6293
5 | San Diego, California 92101-8893
Telephone: (619) 557-7140
6 | Facsimile: (619) 557-5004
Email: thomas.stahl@usdoj.gov
7 |
Attorneys for the Plaintiff
8 |
9 |
10 |                    UNITED STATES DISTRICT COURT
11 |                  SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,          )    Case No.:  08cv0281-LAB (LSP)
                                       )
12 |            Plaintiff,              )    NOTICE OF DEPOSIT OF
13 |                                    )    ESTIMATED JUST COMPENSATION
          v.                           )
14 |                                   )
0.42 ACRES OF LAND, MORE OR LESS,      )
15 | SITUATE IN SAN DIEGO COUNTY, STATE OF )
CALIFORNIA; and TECATE USA, LLC;       )
16 | AND ALL OTHER INTERESTED PARTIES,  )
                                       )
17 |            Defendants.             )
_____)
18 |
19 |        TO: All Defendants and Other Interested Parties:
20 |        NOTICE: You are hereby notified that on February 15, 2008, Plaintiff United States of America
21 | deposited estimated just compensation for taking the estate condemned in the subject property, a 180-
22 | day right of entry, commencing on the date possession is granted, in the amount of One Hundred
23 | Dollars ($100.00) with the Clerk of the Court.
24 |        DATED:  February 15, 2008          KAREN P. HEWITT
                                              United States Attorney
25 |
26 |                                          ___/s/_____
                                             TOM STAHL
27 |                                          Assistant U. S. Attorney
                                             Chief, Civil Division
28 |
                                             Attorneys for Plaintiff
                                             Thomas.Stahl@usdoj.gov



1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    THE UNITED STATES OF AMERICA,        )    Case No. 08cv0281-LAB (LSP)
                                          )
4              Plaintiff,                 )    CERTIFICATE OF SERVICE BY MAIL
                                          )
5         v.                              )
                                          )
6    0.42 ACRES OF LAND, MORE OR LESS,    )
     SITUATED IN SAN DIEGO COUNTY, STATE  )
7    OF CALIFORNIA; and TECATE USA, LLC;  )
     AND ALL OTHER INTERESTED PARTIES,    )
8                                         )
               Defendants.                )
9    _____)

10   IT IS HEREBY CERTIFIED THAT:

11
          I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
12   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13        I am not a party to the above-entitled action. I have caused service of:

14        NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 02/15/08)

15   on the following parties by electronically filing the foregoing with the Clerk of the District Court using
     its ECF System, which electronically notifies them.
16
     n/a
17
          I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
18   to the following non-ECF participant on this case:

19        Tecate USA, LLC
          P.O. Box 6950
20        San Diego, CA 92124

21
     the last known address, at which place there is delivery service of mail from the United States Postal
22   Service.

23        I declare under penalty of perjury that the foregoing is true and correct.

24        Executed on February 15, 2008.

25

26                                             Lori Aragon MacDonald
                                               Lori Aragon MacDonald
27

28